NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

JUL 12 2023

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CHANG SOO LEE,

Petitioner,

v.

MERRICK B. GARLAND, Attorney
General,

Respondent.

No. 20-71791

Agency No. A200-953-153

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 10, 2023[**]
Pasadena, California

Before: SANCHEZ and MENDOZA, Circuit Judges, and DONATO,[***] District
Judge.

Chang Soo Lee, a native and citizen of South Korea, petitions for review of

the Board of Immigration Appeals's ("BIA") order dismissing his appeal from an

---

[*] This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

[***] The Honorable James Donato, United States District Judge for the
Northern District of California, sitting by designation.

Immigration Judge's ("IJ") order denying Mr. Lee's application for cancellation of removal under 8 U.S.C. § 1229b(b)(1). Mr. Lee, who was represented by counsel, did not challenge the IJ's dispositive adverse moral character determination before the BIA. Because he failed to exhaust that issue, we are barred from reviewing it. *See* 8 U.S.C. § 1252(d)(1).

We need not reach Mr. Lee's arguments related to hardship. Even if the agency made an error that prejudiced Mr. Lee's ability to prove hardship, curing that error would not change the outcome of the proceedings given the adverse moral character determination. *See Larita-Martinez v. INS*, 220 F.3d 1092, 1095 (9th Cir. 2000).

**PETITION DENIED.**